Judgment in a Civil Case

## United States District Court
## WESTERN DISTRICT OF NEW YORK

WALTER F. GRENDA, JR.
MARYANN GRENDA

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 17-CV-537V

v.

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  that the plaintiffs' motion to quash is

Denied.

Date: September 15, 2017          MARY C. LOEWENGUTH
                                  CLERK OF COURT


                                  By: s/Suzanne Grunzweig
                                       Deputy Clerk